UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | 11 Cr. 277 |
| DENNIS ABATO | : | **ORDER** |

This matter having been opened to the Court on the application of the United States of America (Anthony J. Mahajan, Assistant United States Attorney, appearing), for an order postponing the defendant's surrender to the Bureau of Prisons, and for good and sufficient cause shown;

WHEREFORE, it is on this 26th day of August 2014;

ORDERED that the government's application be and hereby is granted;

IT IS FURTHER ORDERED that the August 26, 2014 date for Dennis Abato's voluntary surrender to custody by the Bureau of Prisons be and hereby is adjourned;

IT IS FURTHER ORDERED that Dennis Abato shall voluntarily surrender to the institution previously designated by the Bureau of Prisons on September 9, 2014.

**SO ORDERED.**

_s/ Stanley R. Chesler_
Stanley R. Chesler, U.S.D.J.